JOHN DREWEN, ADMINISTRATOR, ETC., PLAINTIFF-PETI-
TIONER, v. BANK OF THE MANHATTAN COMPANY,
EXECUTOR, ETC., DEFENDANT-RESPONDENT.

See same case below:   55 *N. J. Super.* 331.

June 17, 1959.   Granted.

HARRY FEINBLOOM *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. THE CAMDEN FIRE INSURANCE ASSOCIATION *ET
AL.*, DEFENDANTS-PETITIONERS.

See same case below:   54 *N. J. Super.* 541.

*Mr. Samuel A. Gennet* for the petitioners.

*Messrs. Garven, Gelman & Hollander* for the respondents.

June 17, 1959.   Denied.